IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL R. ROMERO,

   Plaintiff,

v.

LT. WILLIAM CLAYTON, *et al.*,

   Defendants.

Civil Action No.: PX-21-1062

**ORDER**

For the reasons stated in the foregoing Memorandum, it is this 7th day of September, 2022, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendant Nurse Sara Johnson's Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 12), construed as a Motion for Summary Judgment, IS GRANTED;

2. Judgment is entered in favor of Defendant Johnson;

3. Defendant Nurse Sara Johnson's second docketed Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 16) is STRICKEN as duplicative;

4. The Correctional Defendants' (Lieutenant William Clayton, Correctional Officer II Adrion Christopher, Warden Walter West, and Correctional Officer II Daric Evans) Motion for Extension of Time (ECF No. 29) is retroactively GRANTED;

5. The Correctional Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 30), construed as a Motion for Summary Judgment, IS GRANTED;

6. Judgment IS ENTERED in favor of Defendants Christopher, Clayton, Evans and West;

7. The Correctional Defendants' Motion to Seal (ECF No. 32) is GRANTED;

8. The Clerk SHALL SEAL ECF No. 30 and all corresponding exhibits;

9. Plaintiff's Motion to Investigate (ECF No. 34) is DENIED;

10. The Clerk SHALL PROVIDE a copy of the foregoing Memorandum and a copy of this Order to Plaintiff; and

11. CLOSE this case.

/S/
Paula Xinis
United States District Judge